IN THE SUPREME COURT OF THE STATE OF DELAWARE

THE FIRE AND POLICE PENSION §
FUND, SAN ANTONIO, §
§ No. 131, 2015
Plaintiff-Below, §
Appellant, §
§
§ Court Below - Court of Chancery
v. § of the State of Delaware
§
ARRIS GROUP INC., § C.A. No. 10078-VCG
§
Nominal Defendant-Below, §
Appellee. §

Submitted: October 14, 2015
Decided: October 15, 2015

Before **STRINE**, Chief Justice, **HOLLAND, VALIHURA, VAUGHN** and **SEITZ** Justices.

### O R D E R

This 15th day of October 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its bench ruling dated February 25, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____

Justice